IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

OWEN HARTY                                :
                                          :
    v.                                    :    CIVIL ACTION NO. 16-0744
                                          :
FOX PARK CORPORATION                      :

# **O R D E R**

**AND NOW, TO WIT:** This __16th__ day of __November__, 2016, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**LUCY V. CHIN,** Interim Clerk of Court

**BY:  /s/ Donna Donohue Marley**
         Civil Deputy Clerk to Judge Surrick

Faxed 11/16/16 – P. Troy
Email 11/16/16 - J. Ward